**Order entered September 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00719-CV

## JOSE HERNANDEZ, Appellant

### V.

## SUN CRANE AND HOIST, INC., JLB PARTNERS, L.P., JLB BUILDERS, L.L.C., AUGER DRILLING, INC., AND D'AMBRA CONSRUCTION CORPORATION, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-00715-D**

## ORDER

We **REINSTATE** this appeal.

By order dated July 17, 2018, we abated the appeal to allow the trial court an opportunity to sign any necessary orders concerning appellant's pending claims against a defendant who is not a party to this appeal. On September 5, 2018, a supplemental clerk's record containing an August 14, 2018 order of nonsuit as to that party was filed. This order disposes of the last remaining claims in the underlying suit and confers on the Court jurisdiction over the appeal.

We **DENY** as moot appellant's August 16, 2018 and August 31, 2018 unopposed motions to extend time for filing the supplemental clerk's record.

We will dispose of the appeal in due course.

/s/    DAVID L. BRIDGES
        JUSTICE